**Steven L. REED, Appellant.**

v.

**KTUF RADIO STATION, Respondent.**

**No. WD 45570.**

Missouri Court of Appeals,
Western District.

June 2, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
July 28, 1992.

Application to Transfer Denied
Sept. 22, 1992.

Appeal from the Labor and Industrial Relations Commission of the State of Missouri.

David A. Masters, Macon, for appellant.

David P. Macoubrie, Danna J. Macoubrie, Chillicothe, for respondent.

Before LOWENSTEIN, C.J., and
BERREY and HANNA, JJ.

### ORDER

PER CURIAM:

Appeal from the Labor and Industrial Relations Commission's denial of workers' compensation benefits because the injury did not occur within the course and scope of appellant's employment.

Affirmed. Rule 84.16(b).